IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04-cr-00273-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD THOMAS GOULD,

    Defendant.

---

**ORDER**

---

    This matter is before the court on Defendant's motion requesting a transcript of his sentencing (#90). The basis for the request is to support a motion to amend Defendant's sentence, as the court allegedly promised. The court made no such promise. Further, there is no basis for a motion to amend the sentence. Accordingly, it is

    ORDERED that the referenced motion be DENIED.

    Dated this 17th day of October, 2006.

                                          BY THE COURT:

                                          s/Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge