IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04-cr-00273-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD THOMAS GOULD,

    Defendant.

## ORDER

This matter is before the court on Defendant's motion for credit of pre-sentence confinement (#92). The court finds and concludes that credit for pre-sentence confinement is a matter to be determined in the first instance by the United States Bureau of Prisons, subject to judicial review in a separate civil case. It cannot be determined by motion in a criminal case. The motion is therefore DENIED.

SO ORDERED.

Dated this 14th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge